```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                         FORT WORTH DIVISION
```

UNITED STATES OF AMERICA         §
                                 §
VS.                              §        ACTION NO. 4:14-CR-151-Y
                                 §
JESUS G. LEDEZMA-CEPEDA (1)      §
JESUS G. LEDEZMA-CAMPANO (2)     §

### ORDER GRANTING MOTION TO EXTEND TIME AND
### VACATING OCTOBER 22, 2014 ORDER'S BUDGET REQUIREMENT

Pending before the Court is the Motion to Extend Proposed Attorney Budget Deadline (doc. 69) filed by defendant Jesus Gerardo Ledezma-Cepeda. After review of the motion, the Court concludes that it should be and hereby is GRANTED. After consultation with appointed defense counsel, the Court concludes that the portion of the Court's October 22, 2014 Cost Management Order (doc. 49) that requires court-appointed counsel to submit a budget should be and hereby is VACATED.

Rather, the Court intends to meet with court-appointed counsel on approximately a monthly basis to review and either approve or disapprove compensation for counsel's anticipated activities on behalf of his client for the ensuing month.  At the outset of each of these meetings, counsel shall present to the Court a one- or two-page memo setting forth his anticipated billable activities on behalf of his client during the ensuing month.  The memo shall be in sufficient detail that the Court can compare it to any subsequently presented CJA voucher requesting payment to determine, after a liberal application of the guidelines, the reasonableness of counsel's requested compensation and expenses.  The first such meeting will

be held on Thursday, February 5, immediately following the conference with all counsel that has been previously scheduled for 10:00 a.m. that day.

    SIGNED January 21, 2015.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE